Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FRIENDS OF THE SAN JUANS, FRIENDS OF THE EARTH, and EVERGREEN ISLANDS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Defendant. | CASE NO. 2:21-CV-1299-MJP <br><br> DISMISSAL ORDER |

Having reviewed the Parties' stipulation of dismissal, (Dkt. No. 19), the Court ORDERS this matter dismissed with prejudice. The Court FURTHER ORDERS that it will retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and to resolve any disputes arising under the Settlement Agreement and any motions to modify any of its terms. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994).

Dated: April 11, 2022

Marsha J. Pechman
United States Senior District Judge

Presented by:

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division


*/s/Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Senior Attorney
Natural Resources Section
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
shaun.pettigrew@usdoj.gov

*Attorney for Defendant*

*/s/Marisa C. Ordonia*
MARISA C. ORDONIA, WSBA No. 48081
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104-1711
(206) 343-7340 | Phone
(206) 343-1526 | Fax
mordonia@earthjustice.org

*Attorney for Plaintiffs*